UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON HAIGHT,

  Plaintiff,

-vs-                                          CASE NO.: 6:16-CV-1523-41-DCI

WELLS FARGO BANK, N.A.,

  Defendant.

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, JASON HAIGHT, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JASON HAIGHT, and Defendants, WELLS FARGO BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 9th day of December, 2016 via the Court's CM/ECF system to: all counsel of record.

                                                */s/ Octavio Gomez*
                                                Octavio Gomez, Esquire
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 N. Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Tele: (813) 223-5505
                                                Fax: (813) 223-5402
                                                Florida Bar #: 0338620
                                                Attorney for Plaintiff