UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JASON HAIGHT,**

    **Plaintiff,**

v.                                                                          Case No:  6:16-cv-1523-Orl-41KRS

**WELLS FARGO BANK, N.A.,**

    **Defendant.**

_____/

**ORDER**

    THIS CAUSE is before the Court on the Notice of Settlement (Doc. 23), wherein the parties have advised the Court that the above-styled action has been settled.

    Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Orlando, Florida on December 13, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record