UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JASON HAIGHT,

  Plaintiff,

-vs-

CASE NO.: 6:16-CV-1523-41-DCI

WELLS FARGO BANK, N.A.,

  Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Jason Haight, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 24th day of January, 2017.

| | |
|---|---|
| s/Octavio Gomez | s/Frank Springfield |
| Tav Gomez, Esquire | R. Frank Springfield, Esq. |
| Morgan & Morgan, Tampa, P.A. | Burr & Forman LLP |
| One Tampa City Center | 200 South Orange Avenue, Suite 800 |
| Tampa, FL 33602 | Orlando, FL 32801 |
| Tele: (813) 223-5505 | Tele: (205) 458-5187 |
| Fax: (813) 223-5402 | Fax: (205) 244-5707 |
| Florida Bar#: 0338620 | fspringfield@burr.com |
| Attorney for Plaintiff | Florida Bar#: 0010871 |
| | Attorney for Defendant |